IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v. ) <br> ) <br> **MARKQUETTE COWAN,** ) <br> also known as "Quette," ) <br> also known as "Lil Why," ) <br> ) <br> **Defendant.** ) | Case: 1:23−mj−00255 <br> Assigned To : Meriweather, Robin M. <br> Assign. Date : 9/15/2023 <br> Description: Complaint W/ Arrest Warrant |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Joshua Rothman, a Special Agent with the Federal Bureau of Investigation being duly sworn, depose and state as follows:

1. I have been a Special Agent with the FBI for the past thirteen years, and have been stationed at the Washington, D.C. field office that entire time. I am currently assigned to the FBI Safe Streets Task Force. In that role, I am principally involved in narcotics and narcotics-related investigations, including violent offenses related to narcotics investigations. Since 2008, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics, white-collar crimes, search warrant applications, and various other crimes.

2. Since January 2015, I have been assigned to investigate federal narcotics crimes on the FBI Washington, D.C. Safe Streets Task Force, a violent crime and gang task force. In the course of my training and experience, I have become familiar with the methods and techniques associated with the distribution of narcotics, the laundering of drug proceeds, and the organization of drug conspiracies. In the course of conducting these investigations, I have been involved in the use of the following investigative techniques: interviewing informants and cooperating witnesses;

1

conducting physical surveillance; conducting short-term and long-term narcotics and homicide investigations; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen register and caller identification system data; conducting court-authorized electronic surveillance; conducting court-authorized Title III wiretap investigations; and preparing and executing search warrants that have led to substantial seizures of narcotics, firearms, and other contraband.

3. Through my training and experience, as described above, I have become familiar with the provisions of the federal firearms laws administered under Title 18 and Title 26 of the United States Code, as well as controlled substance laws administered under Title 21 of the United States Code. I have personally conducted and participated in investigations that have resulted in the arrest and conviction of numerous individuals responsible for violations of the District of Columbia Code and United States Code including, but not limited to, narcotics and firearms offenses.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 18 U.S.C. §§ 924(c)(1)(A)(ii) have been committed by **MARKQUETTE COWAN**, also known as "Quette," also known as "Lil Why," **("COWAN")**.

**PROBABLE CAUSE**

6. On August 1, 2023, as reported in Metropolitan Police Department ("MPD") Criminal Case Number ("CCN") 23-125-148, MPD Officers responded to 3700 9th Street, Southeast, #1018, Washington, D.C. 20032 (the "PREMISES") for a report of an Aggravated Assault and First Degree Theft. Upon arrival at the PREMISES, Officers spoke with a female who told officers she had an argument with an individual she later identified as "Christopher," with whom she had had a romantic relationship. The female reported that, when she looked at her phone sometime after the argument, she discovered that "Christopher" had stolen $1,000 out of her Cash App account.

    a. The female told officers that "Christopher" lived in the PREMISES, and that she had on the apartment door to speak with "Christopher" to convince him to return her money.

    b. The female showed officers a photo of "Christopher" from her cell phone. Your Affiant was able to view the photo that the female showed the officers on the officers' Body Worn Camera ("BWC") footage. Your Affiant recognized the person in the photo as Christopher Broady, who was under federal investigation at the time.

    c. The female reported that a man that she did not know opened the door of the PREMISES with a black handgun in his hand and told her to step away from his door. The female stated that the unknown male did not threaten her or point his gun at her.

7. After speaking with the female, MPD Officers knocked on the door of the PREMISES to determine if a crime had occurred. A black male, later identified as COWAN, opened the door.

    a.  Cowan told officers that he had a firearm inside the PREMISES, and that he had concealed carry permits in both the District of Columbia and Maryland. Officers verified the validity of Cowan's concealed carry permits, and further verified that the firearm possessed by Cowan had not been reported stolen.

    b.  The Officers concluded that there was no probable cause to believe that a crime had occurred, and departed the PREMISES.

  8.  On August 22, 2023, FBI Special Agent Lynda Thomas spoke with MPD Officer Amarant-West via telephone. Officer Amarant-West was one of the responding officers on August 1, 2023. Officer Amarant-West informed Special Agent Thomas that he observed marijuana and packaging material in the bedroom where Cowan showed officers the handgun. Special Agent Thomas was unable to observe any of the marijuana or packaging material while reviewing the Body Worn Camera footage of the incident.

  9.  On September 12, 2023, a Federal grand jury sitting in the District of Columbia returned a three-count indictment charging Christopher Broady with Possession With Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D); Using, Carrying, and Possessing a Firearm During, in Relation to, and in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i), and Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1). That same day, United States Magistrate Judge Robin M. Meriweather issued a warrant for Broady's arrest.

  10.  On September 13, 2023, United States Magistrate Judge Robin M. Meriweather signed Search Warrant 23-SW-303, authorizing the search of the PREMISES and any digital devices located therein.

11.     On September 14, 2023, at approximately 8:00pm, FBI agents executed Search Warrant 23-SW-303 at the PREMISES. **COWAN** was the only person present inside the PREMISES. During the execution of the search warrant, FBI agents observed and seized the following items:

- Loaded "Mac 11," Masterpiece Arms 9mm handgun bearing serial number FX 38253, fitted with an apparent suppressor, in a kitchen drawer along with unloaded magazines for a Glock, .40 caliber handgun, a loaded magazine containing of 7.62 x 59mm ammunition; a digital scale, and a plastic bag containing 18 rounds of .357 caliber ammunition.



- Approximately four pounds of marijuana packaged for distribution in the kitchen and living room;








- A black duffel bag containing numerous bags of "Cannaburst Gummies," THC-infused edibles.



- 3 bottles of Promethazine DM syrup;



- One set of body armor.



- Loaded Glock, Model 23, .40 caliber semi-automatic handgun bearing serial number BWTS053;
- Two additional Glock magazines loaded with .40 caliber ammunition;
- Remington 870, 12-guage shotgun;
- Barrel from a Glock handgun;

- One round of .300 caliber rifle ammunition;

12. FBI agents also seized **COWAN's** cellular telephone during the execution of 23-SW-303, and **COWAN** later acknowledged that the cellular telephone belonged to him. **COWAN's** cellular telephone was searched pursuant to search warrant 23-SW-303 and Your Affiant discovered the following conversations related to **COWAN's** intent to distribute marijuana.

   a. On September 3, 2023, **COWAN** (green) exchanged text messages with another individual who stated "Yo you got G cuz." I am aware through my training and experience that "G" or "OG" is commonly used street slang that refers to a particular strain of marijuana. **COWAN** responded on September 8, 2023, "I got some g 350," indicating that he had the requested strain of marijuana available and was charging $350 for it. Later in the conversation, the individual asked **COWAN** if he was "on wheels," or available to deliver the marijuana, and **COWAN** responded "Nah" and asked the individual if he was going to want the marijuana. The individual responded that he was trying to get a ride to **COWAN's** location, and **COWAN** said that he was at the "high rise." As articulated in the Affidavit in Support of Search Warrant 23-SW-303, Your Affiant is aware that "high rise" is a specific reference to the PREMISES.



    b.    On September 12, 2023, **COWAN** exchanged text messages with another individual who asked him "wats good bro u got some za." I am aware through my

investigation that "za" is also commonly used street slang that refers to a particular strain or quality of marijuana. In response, **COWAN** stated that he had "za" available.



13.     Based on the foregoing, your affiant asserts that there is probable cause to conclude that, on or about September 14, 2023, in the District of Columbia, **MARKQUETTE COWAN**, also known as "Quette," also known as "Lil Why," violated 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D), which make it a crime to possess, with the intent to distribute, marijuana; and 18 U.S.C. §§ 924(c)(1)(A)(i), which makes it a crime to use, carry, and possess a firearm during, in relation to, and in furtherance of a drug trafficking offense.

_____
Special Agent Joshua Rothman
Federal Bureau of Investigation

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 15, 2023.

_____
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE